AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

___Middle___ District of ___Alabama___

Lonnie Thomas Funderburk
Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

2007 DEC 10 A 10: 26

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

V.

B+R Wrecker Service et al
Defendant

CASE NUMBER: 2:07CV1039-MEF

I, ___Lonnie Funderburk___ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ___Kilby Corr. Facility Mt. Meigs, AL___

   Are you employed at the institution? ___No___ Do you receive any payment from the institution? ___No___

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      ☐ Yes     ☒ No
   b. Rent payments, interest or dividends               ☐ Yes     ☒ No
   c. Pensions, annuities or life insurance payments     ☐ Yes     ☒ No
   d. Disability or workers compensation payments        ☐ Yes     ☒ No
   e. Gifts or inheritances                              ☐ Yes     ☒ No
   f. Any other sources                                  ☐ Yes     ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

11-29-07
Date

*Lonnie Funderburk*
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 KILBY CORRECTIONAL FACILITY


AIS #: 158627      NAME: FUNDERBURK, LONNIE T.           AS OF: 12/06/2007

                   # OF         AVG DAILY          MONTHLY
         MONTH     DAYS         BALANCE            DEPOSITS
------------------------------------------------------------------------

         DEC       25           $0.00              $0.00
         JAN       31           $0.00              $0.00
         FEB       28           $0.00              $0.00
         MAR       31           $1.36              $11.94
         APR       30           $8.48              $0.00
         MAY       31           $0.00              $0.00
         JUN       30           $0.00              $0.00
         JUL       31           $0.00              $0.00
         AUG       31           $0.00              $0.00
         SEP       30           $0.00              $0.00
         OCT       31           $0.00              $0.00
         NOV       30           $0.00              $0.00
         DEC       6            $0.00              $0.00
```

*X LaTonya W. Harvest*
*December 6, 2007*
*Account Clerk*

Nov. 29, '07

Dear Financial Officer,

Would you please provide the affidavit need for the enclosed in forma Pauperis form for federal court. Thank you!

Lonnie Funderburk
AIS 158627

Lonnie Funderburk #158627
P.O. Box 150
Mt. Meigs, AL. 36057

MONTGOMERY AL 361
07 DEC 2007 PM 2 L



Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

Legal Mail

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."